IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SEFERINO CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The government's request for hearing pursuant to Federal Rule of Criminal Procedure 35(b) (filing 75) is granted.

(2)    A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 67) has been set before the undersigned United States district judge at 12:00 noon, Friday, May 5, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)    The United States Marshal is directed to return the defendant to the district for the hearing.

March 17, 2006.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge