IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SEFERINO CARILLO, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that the Rule 35 hearing in this matter is continued until further order of the court.

April 5, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge