IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SEFERINO CARILLO, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that counsel for the parties and the undersigned's judicial assistant shall hold a status telephone conference on Thursday, July 13, 2006, at 1:00 p.m. to discuss scheduling Defendant Carillo's Rule 35 hearing.

April 18, 2006.                                BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge